ADDENDUM
~~CONTINUATION~~ OF APPEARANCE BOND
For
Richard MoreNo
CR-06-0647 CRB

NUMBER: CR-06-00647 CRB

NAME: U.S.A. v Richard Moreno

PAGE: CR-06-00647 CRB

custodian
~~SURETY'S~~ ADDRESS & PHONE NUMBER

Jennifer Zografos
~~Surety~~ print name
custodian

906 E. Cotati Ave. #D

Cotati, Ca 94931

[signature: Jennifer Zografos]
Signature of ~~Surety~~
               custodian

Phone Number: (707) 849-7074

SURETY'S ADDRESS & PHONE NUMBER

_____
Surety print name

_____
Signature of surety

Phone Number: _____