1  JEFFREY GLENN
   5 - 3rd Street, Suite 1100
2  San Francisco, CA 94103
   Telephone: 415-495-3950
3  Fax: 415-495-6900

4  Attorney for Defendant RICHARD MORENO

5

6

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 UNITED STATE OF AMERICA,         )   CR-06-0647 CRB
13                                  )
              Plaintiff             )
14                                  )   STIPULATION AND ORDER
                                    )   TO MODIFY BAIL
15            vs                    )
                                    )
16 RICHARD MORENO, et al            )
                                    )
17            Defendants            )
                                    )
18 _____ )

19

20       Comes now defendant, RICHARD MORENO, by and through his counsel,

21 JEFFREY GLENN, and plaintiff, UNITED STATES OF AMERICA, by and through its

22 counsel, TIMOTHY LUCEY, AUSA, and hereby agree and stipulate that defendant's bail be

23

24 modified to eliminate electronic monitoring and substitute a 10:00 p.m. to 6:00 a.m. curfew in

25 place thereof.

26       THEREFORE, it is hereby requested that the Court, upon motion of the parties, and

27

28

GOOD CAUSE APPEARING THEREFOR, order modification of defendant's bail to impose a 10:00 p.m. to 6:00 a.m. curfew and eliminate the present requirement of electronic monitoring.

DATED: September 10, 2007.

JEFFREY GLENN
Attorney for Defendant
RICHARD MORENO

APPROVED AND AGREED

DATED: September 10, 2007

TIMOTHY LUCEY, AUSA
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS SO ORDERED

DATED: September   21   2007

_____
United States District Court Judge

Judge Charles R. Breyer