MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

KAREN D. BEAUSEY (CABN 155258)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6935
   Fax: (415) 436-6982
   E-Mail: Karen.Beausey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-0647 CRB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE |
| v. | ) | |
| RICHARD MORENO, | ) | |
| Defendant. | ) | |

The parties in the above-captioned case, by and through their counsel of record, hereby stipulated and agree that sentencing in this matter, which is currently scheduled to take place on October 28, 2010, shall instead take place on February 16, 2011 at 2:15 p.m. This continuance is necessary because neither counsel is available on October 28, 2010, to allow the parties to provide additional information to the Probation Officer in order for her to finalize the Presentence Report, and to accommodate the schedules of government

///

///

///

counsel and defense counsel.  The parties have discussed the proposed date with the Probation Officer and she agrees with the continuance and is available on the proposed new date.

**IT IS SO STIPULATED.**

DATED:   October 27, 2010            MELINDA HAAG
                                      UNITED STATES ATTORNEY


                                            /s/
                                      KAREN D. BEAUSEY
                                      Assistant U.S. Attorney


DATED:  October 27, 2010                    /s/
                                      JEFFREY GLENN, ESQ.
                                      Counsel for Richard Moreno


## **ATTESTATION**

Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of this document has been obtained from each of the above-listed signatories.


                              By:   /s/ Karen D. Beausey
                                      Karen D. Beausey

STIPULATION AND [PROPOSED] ORDER                                                      2
TO CONTINUE SENTENCING DATE
CR-06-0647 CRB

**ORDER**

Based on the foregoing, and good cause appearing, IT IS HEREBY ORDERED that sentencing in this matter shall be continued to February 16, 2011 at 2:15 p.m.

IT IS SO ORDERED

Dated: Oct. 27, 2010

———————————————
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT